**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Tashanna B. Golden f/k/a Tashanna B. Pearson,<br><br>                              Debtor. | **Chapter 7**<br><br>**Case No. 16-40809 (ESS)** |
| Tashanna B. Golden f/k/a Tashanna B. Pearson on behalf of herself and others similarly situated,<br><br>                              Plaintiff,<br><br>          v.<br><br>National Collegiate Student Loan Trust 2006-4, GS2 2016-A, Pennsylvania Higher Education Assistance Agency d/b/a American Education Services, Firstmark Services,<br><br>                              Defendants. | **Adv. Proc. No. 17-1005 (ESS)** |

**NOTICE OF MOTION FOR LEAVE TO APPEAL**

PLEASE TAKE NOTICE that Defendants National Collegiate Student Loan Trust 2006-4 ("2006-4 Trust") and GS2 2016-A ("GS 2 Trust")(collectively the "Trust Defendants"), upon the Notice of Appeal dated May 21, 2025 and the exhibits annexed thereto, and the accompanying Memorandum of Law in Support of Trust Defendants' Motion for Leave to Appeal, will move the District Court, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be determined by the Court, for an Order pursuant to Rule 8004 of the Bankruptcy Rules and 28 U.S.C. § 158(a) (i) granting leave to appeal from the Order of the Bankruptcy Court entered May 7, 2025, and (ii) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with Rule 8004(b) of the Bankruptcy Rules, opposition papers, if any, are to be filed by ECF on or before June 4, 2025. Reply papers, if any, are to be filed by ECF on or before June 18, 2025.

Date: May 21, 2025
      New York, New York

      TROUTMAN PEPPER LOCKE LLP
      */s/ Gregory T. Casamento*
      Gregory T. Casamento
      R. James DeRose, III
      875 Third Avenue
      New York, New York 10022
      (212) 704-6000

      J. Matthew Goodin (admitted *pro hac vice*)
      111 South Wacker Drive, Suite 4100
      Chicago, Illinois 60606
      (312) 443-0700
      matt.goodin@troutman.com

      *Attorneys for Appellants National Collegiate Student Loan Trust 2006-4 and Goal Structured Solutions Trust 2016-A*

**CERTIFICATE OF SERVICE**

        I hereby certify that on May 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all registered parties.

Dated: May 21, 2025

                                        */s/ Gregory T. Casamento*
                                        Gregory T. Casamento